AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**FILED**
FEB 27 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Ronald G. Pyle II )
*Plaintiff* )
v. ) Civil Action No. 480
FIRST NATIONAL COLLECTION BUREAU, INC. )
*Defendant* )

1:12 CV 00288 AWI SKO

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ ____968.44____ , and my take-home pay or wages are: $ ____826.85____ per

*(specify pay period)* __1/22/2012 thru 1/28/2012__ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☐ Yes    ☐ No
(b) Rent payments, interest, or dividends              ☐ Yes    ☐ No
(c) Pension, annuity, or life insurance payments       ☐ Yes    ☐ No
(d) Disability, or worker's compensation payments      ☐ Yes    ☐ No
(e) Gifts, or inheritances                             ☑ Yes    ☐ No
(f) Any other sources                                  ☐ Yes    ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.
On occasion my beloved mother would help me out with gas expenses. $20 here and there, maybe a $100 in the last 12 months.

4. Amount of money that I have in cash or in a checking or savings account: $ _____24.58_____.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
2004 srx car-$6000.00
2000 vw golf-$2,500.00
wedding ring-$50.00
no art work of value
no real estate-rent
no stock, bond, security, trust, financial instrument or 401k

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
rent-$875.00                           health insurance-$240.00
auto insurance- $128.00                food for household-$500.00
city of turlock- $91.30                household items-$100.00
turlock irrigation district-$112.40    clothing and personal items- $300.00
PGE- $80.00
Gas- for wifes car and mine- $600.00
credit card payments-$280.00

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
Tina Pyle- wife $1,200.00
Christopher Pyle- $200.00
AG- stepdaughter- $200.00
MG-stepson-$200.000

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
CFNA- car repairs-$1558.68
IRS- $347.00
DMV-$147.00
Orchard Bank- credit cards- $917.23/ $167.88
Home Depot- credit card- $282.33
JC Penney- credit card- $205.20
Capitol One-credit card- $404.25

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____02/16/2012_____

_____[signature]_____
Applicant's signature

Ronald G. Pyle II
Printed name