1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| RONALD G. PYLE, II, | ) Case No.: 1:12-cv-00288-AWI-SKO |
| | ) |
| | ) **ORDER GRANTING APPLICATION TO** |
| Plaintiff, | ) **PROCEED IN FORMA PAUPERIS** |
| | ) |
| v. | ) |
| | ) (Doc. 2) |
| FIRST NATIONAL COLLECTION | ) |
| BUREAU, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
|_____| ) |

16
17

18      Plaintiff Ronald G. Pyle, II ("Plaintiff") is proceeding pro se in this action. Plaintiff filed his

19   complaint on February 27, 2012, along with a motion to proceed *in forma pauperis* pursuant to

20   28 U.S.C. § 1915. (Docs. 1, 2.)  Plaintiff's application (Doc. 2) demonstrates that he is entitled to

21   proceed without prepayment of fees and is therefore GRANTED.

22   IT IS SO ORDERED.

23   **Dated:      March 30, 2012**                         **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28